IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. CRUZ, | : | Civil No. 3:23-cv-1387 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT WALKER, PA ATTORNEY GENERAL'S OFFICE, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 10th day of October, 2023, upon consideration of Petitioner's motion (Doc. 2) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 2) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge